In the Matter of HARRY KUNIN et al., as Stockholders of TITLE GUARANTEE AND TRUST COMPANY, Respondents. TITLE GUARANTEE AND TRUST COMPANY, Appellant.

Argued February 25, 1954; decided April 23, 1954.

968

*Joseph V. McKee, John J. Boyle, John C. O'Malley* and *Philip G. Reilly* for appellant.

*Joseph K. Reichbart, Lester Gutterman* and *Samuel Fishman* for respondents.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.